IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CURTIS DRESSMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:11-cv-00336 |
| v. ) | |
| ) | Judge Nixon |
| METROPOLITAN GOVERNMENT OF ) | Magistrate Judge Griffin |
| NASHVILLE AND DAVIDSON COUNTY, ) | |
| et al., ) | JURY DEMAND |
| ) | |
| Defendants. ) | |

## ORDER

The parties to this action have filed a Stipulation of Dismissal As to Defendant Dennis McGill in the above-captioned case. (Doc. No. 60.) As a result, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant Dennis McGill is hereby **DISMISSED with prejudice** from this case.

It is so ORDERED.

Entered this the ____8th____ day of June, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT